UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC WILLIAMS,<br>          Plaintiff,<br>   v.<br>STATE OF CALIFORNIA, et al.,<br>          Defendants. | Case No. 18-cv-05514-YGR (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

This suit was reassigned from a magistrate judge to the undersigned in light of a recent Ninth Circuit decision.[1]

On September 9, 2018, Plaintiff, a state prisoner, filed the present *pro se* prisoner action under 42 U.S.C. § 1983.[2] On that same date, the Clerk of the Court sent a notification to Plaintiff that he had neither paid the filing fee nor submitted a completed application for leave to proceed *in forma pauperis* ("IFP"). Dkt. 2. The Clerk provided Plaintiff with a copy of the correct form for application to proceed IFP, along with a return envelope, instructions, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file the completed application within twenty-eight days.

On September 27, 2018, Plaintiff submitted to the Court his IFP application, but the certificate of funds and the six-month prisoner trust account statement was not included. Dkt. 7. The twenty-eight-day deadline then passed, and Plaintiff failed to submit his certificate of funds or

---

[1] *Williams v. King*, 875 F.3d 500, 503 (9th Cir. 2017) (magistrate judge lacked jurisdiction to dismiss case on initial screening because unserved defendants had not consented to proceed before magistrate judge).

[2] Because the original complaint was not submitted on the proper form, the operative complaint is the complaint filed on October 1, 2018. Dkt. 5.

his six-month statement.

On December 3, 2018, the Clerk sent a second notification to Plaintiff that he had failed to submit a completed application for leave to proceed IFP because it was missing his certificate of funds or his six-month statement. Dkt. 12. The Clerk again provided Plaintiff with a copy of the correct form for application to proceed IFP, along with a return envelope, instructions, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file the completed application within twenty-eight days.

On December 14, 2018, Plaintiff submitted to the Court his IFP application, but the certificate of funds and the six-month prisoner trust account statement was not included. Dkt. 13. The twenty-eight-day deadline has passed, and Plaintiff still has not submitted his certificate of funds or his six-month statement, even after he had been given two opportunities to do so.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Because this dismissal is without prejudice, Plaintiff may move to reopen the action. Any such motion must contain a complete IFP application, including the certificate of funds and the six-month prisoner trust account statement (or the full $400.00 filing fee). Plaintiff's IFP applications are DENIED as incomplete. Dkts. 7, 13. The Clerk shall terminate as moot any pending motions (dkts. 8, 9), and close the file.

IT IS SO ORDERED.

Dated: January 24, 2019

YVONNE GONZALEZ ROGERS
United States District Court Judge